No appearance for appellant.  No appearance for appellee.
Per Curiam.

City of Chicago, appellee, v. John Doe, appellant.  Gen. No. 28,684.
Suit against City of Chicago.  Judgment for city.  Appeal from
the Municipal Court of Chicago; the Hon. J. W. Schulman, Judge,
presiding.  Heard in the first division of this court for the first dis-
trict.  Affirmed for failure of appellant to file record.  See City v.
Salmitsky, 210 Ill. App. 159.  Opinion filed June 25, 1923.
No appearance for appellant.  No appearance for appellee.
Per Curiam.

City of Chicago, appellee, v. Charles Navarra, appellant.  Gen.
No. 28,685.
Suit against City of Chicago.  Judgment for city.  Appeal from
the Municipal Court of Chicago; the Hon. A. G. Adams, Judge, pre-
siding.  Heard in the first division of this court for the first district.
Affirmed for failure of appellant to file record.  See City v.
Salmitsky, 210 Ill. App. 159.  Opinion filed June 25, 1923.
No appearance for appellant.  No appearance for appellee.
Per Curiam.

City of Chicago, appellee, v. Harry Merrill, appellant.  Gen. No.
28,686.
Suit against City of Chicago.  Judgment for city.  Appeal from the
Municipal Court of Chicago; the Hon. J. C. Fitch, Judge, presiding.
Heard in the first division of this court for the first district.
Affirmed for failure of appellant to file record.  See City v. Salmitsky,
210 Ill. App. 159.  Opinion filed June 25, 1923.
No appearance for appellant.  No appearance for appellee.
Per Curiam.

City of Chicago, appellee, v. M. H. Callner, appellant.  Gen. No.
28,687.
Suit against City of Chicago.  Judgment for city.  Appeal from the
Municipal Court of Chicago; the Hon. W. E. Helander, Judge, pre-
siding.  Heard in the first division of this court for the first district.
Affirmed for failure of appellant to file record.  See City v. Salmitsky,
210 Ill. App. 159.  Opinion filed June 25, 1923.
No appearance for appellant.  No appearance for appellee.
Per Curiam.

City of Chicago, appellee, v. Sam Rosen, appellant.  Gen. No. 28,688.
Suit against City of Chicago.  Judgment for city.  Appeal from
the Municipal Court of Chicago; the Hon. D. P. Trude, Judge, pre-
siding.  Heard in the first division of this court for the first district.
Affirmed for failure of appellant to file record.  See City v. Salmitsky,
210 Ill. App. 159.  Opinion filed June 25, 1923.
No appearance for appellant.  No appearance for appellee.
Per Curiam.